### TEMPLETON *v.* WRENN.

CANDLER, J. There is nothing in this case to take it out of the well-established rule that where the law and evidence do not demand the verdict, and no abuse of discretion on the part of the trial court is shown, this court will not interfere with the first grant of a new trial.

*Judgment affirmed. By five Justices.*

Submitted February 23, — Decided March 18, 1903.

Appeal.  Before Judge Brinson.  Richmond superior court. January 10, 1902.

*B. B. McCowen,* for plaintiff in error.  *H. S. Jones,* contra.